IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER THOMPSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-1441-N |
| | § | |
| ACY McGEHEE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

By separate Memorandum Opinion and Order of this same date, the Court granted City of Godley's Motion to Dismiss Plaintiff's Second Amended Complaint [59] and Acy McGehee, Matthew Cantrell, Jeremy Arbuthnot, and Spencer Templer's Motion to Dismiss for Failure to State a Claim [60]. It is, therefore, ordered that Jennifer Thompson take nothing on her claims against Defendants, and those claims are dismissed with prejudice. Court costs are taxed against Plaintiff. All relief not expressly granted is denied. This is a final judgment.

Signed January 7, 2025.

_____
David C. Godbey
Chief United States District Judge